## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| URBAN ARMOR GEAR, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>RJS MANAGEMENT SERVICES, LLC, a California Limited Liability Company, ROBBIE JASON SHAWN, an Individual, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: SACV13-01215 AG (JPRx)<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION AGAINST DEFENDANTS RJS MANAGEMENT SERVICES, LLC AND ROBBIE JASON SHAWN, AND DISMISSAL, WITH PREJUDICE<br><br>Hon. Andrew J. Guilford |

The Court, pursuant to the Stipulation For Entry of Permanent Injunction ("Stipulation"), between URBAN ARMOR GEAR, LLC, a California Limited Liability Company (hereinafter "Plaintiff"), on the one hand, and RJS MANAGEMENT SERVICES, LLC and ROBBIE JASON SHAWN (hereinafter "Defendants"), on the other hand, hereby ORDERS, ADJUDICATES and DECREES that a permanent injunction shall be and hereby is entered against

Defendants as follows:

1. **PERMANENT INJUNCTION.** Defendants ~~and any person or entity acting in concert with, or at their direction, including any and all agents, servants, employees, partners, assignees, distributors, suppliers, resellers and any others over which they may exercise control~~, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* §1116 and 35 *U.S.C.* §283, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States and throughout the world:

    a. importing, exporting, marketing, selling, offering for sale, distributing or dealing in any product or service that uses, or otherwise making any use of, any of Plaintiff's Trademarks and Patents, and/or any Intellectual Property, including its URBAN ARMOR GEAR® word and design marks, its UAG® word and design marks, and its design patents that are confusingly or substantially similar to, or that constitutes a colorable imitation of, any of Plaintiff's Trademarks and Patents, whether such use is as, on, in or in connection with any trademark, service mark, trade name, logo, design, Internet use, website, domain name, metatags, advertising, promotions, solicitations, commercial exploitation, television, web-based or any other program, or any product or service, or otherwise;

    b. performing or allowing others employed by or representing Defendants, or under their control, to perform any act or thing which is likely to injure Plaintiff, any of Plaintiff's Trademarks and Patents, including its URBAN ARMOR GEAR® word and design marks, its UAG® word and design marks, its design patents, and/or Plaintiff's business reputation or goodwill, including making disparaging, negative, or critical comments regarding Plaintiff or its products;

    c. engaging in any acts of federal trademark infringement, false designation of origin/false or misleading advertising, unfair business practices,

1  unfair competition, federal patent infringement, or any other act which would tend
2  damage or injure Plaintiff; and/or
3       d.   using any Internet domain name or website that includes any of
4  Plaintiff's Trademarks and Patents, including its URBAN ARMOR GEAR® word
5  and design marks, its UAG® word and design marks, and/or its design patents.
6       2.   Defendants are ordered to deliver immediately for destruction all
7  unauthorized products, including counterfeit URBAN ARMOR GEAR® products
8  and related products, labels, packages, wrappers, receptacles and advertisements
9  relating thereto in their possession or under their control bearing, utilizing,
10 comprised of, and/or embodying any of Plaintiff's Trademarks and Patents or
11 other intellectual property or any simulation, reproduction, counterfeit, copy or
12 colorable imitations thereof, to the extent that any of these items are in
13 Defendants' possession, custody, or control.
14      3.   This Permanent Injunction shall be deemed to have been served upon
15 Defendants at the time of its execution by the Court.
16      4.   **NO APPEALS AND CONTINUING JURISDICTION.** No
17 appeals shall be taken from this Permanent Injunction, and the parties waive all
18 rights to appeal. This Court expressly retains jurisdiction over this matter to
19 enforce any violation of the terms of this Permanent Injunction.
20      5.   **NO FEES AND COSTS.** Each party shall bear its/his own
21 attorneys' fees and costs incurred in this matter.
22 ///
23 ///
24 ///

6. **DISMISSAL OF THE ACTION.** The Court hereby dismisses the action as to Defendants in its entirety, with prejudice, upon entry of this Permanent Injunction against Defendants.

IT IS SO ORDERED, ADJUDICATED and DECREED this __23rd__ day of __December__, 2013.

_____
HON. ANDREW J. GUILFORD
United States District Judge
Central District of California

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is **JOHNSON & PHAM, LLP,** located at 6355 Topanga Canyon Blvd., Suite 326, Woodland Hills, CA 91367. On December 5, 2013, I served the herein described document(s):

**[PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANTS RJS MANAGEMENT SERVICES, LLC AND ROBBIE JASON SHAWN AND DISMISSAL, WITH PREJUDICE**

☐     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Woodland Hills, California addressed as set forth below.

☐     CM/ECF - by electronically transmitting the document(s) listed above to:

**RJS MANAGEMENT SERVICES, LLC**
c/o Robbie Jason Shawn
3622 Kemper Court #27
San Diego, CA 92110

**ROBBIE JASON SHAWN**
3622 Kemper Court #27
San Diego, CA 92110

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on December 5, 2013, at Woodland Hills, California.

_____
Evelyn Ruano

PROOF OF SERVICE